Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28163−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Oscar Mejia
    207 Speedwell Avenue
    Morristown, NJ 07960

Social Security No.:
    xxx−xx−5815

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: December 6, 2019
JAN: admi

                                                        Jeanne Naughton
                                                        Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 19-28163-SLM
Oscar Mejia                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Dec 06, 2019
                              Form ID: finmgtc         Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.
db        +Oscar Mejia,   207 Speedwell Avenue,   Morristown, NJ 07960-8694

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2019 23:54:22     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 06 2019 23:54:21     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                                                                 TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:
              Karina Pia Lucid   on behalf of Debtor Oscar  Mejia klucid@karinalucidlaw.com,   R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz   on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                              TOTAL: 4