**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE: OSCAR MEJIA                                                                                 CASE NO.: 19-28163-SLM

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| New Residential Mortgage LLC | Ditech Financial LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

Court Claim # (if known): 4-1
Amount of Claim: $455,501.45
Date Claim Filed: 11/25/2019

Phone: 800-365-7107
Last Four Digits of Acct #: 5822

Phone: (888) 298-7785
Last Four Digits of Acct #: 1628

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ *Aleisha Jennings*                                                                        Date: January 9, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE: OSCAR MEJIA                                        CASE NO.: 19-28163-SLM

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on <u>January 9, 2020</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States

Oscar Mejia
207 Speedwell Avenue
Morristown, NJ 07960

And via electronic mail to:

Karina Pia Lucid, ESQ., LLC
PO Box 230
3640 Valley Road
Suite 2a
Liberty Corner, NJ 07938

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004

US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

                                                RAS CRANE LLC
                                                Authorized Agent for Secured Creditor
                                                10700 Abbott's Bridge Road, Suite 170
                                                Duluth, GA 30097
                                                Telephone: 470-321-7112
                                                Facsimile: 404-393-1425

                                                By: <u>/s/ Malick Joof</u>
                                                Email: <u>mjoof@rascrane.com</u>