KARINA PIA LUCID
KARINA PIA LUCID, ESQ., LLC
PO BOX 230
3640 VALLEY ROAD, SUITE 2A
LIBERTY CORNER, NJ  07938

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-28163

Re:   OSCAR MEJIA
      207 SPEEDWELL AVENUE
      MORRISTOWN, NJ  07960

Atty: KARINA PIA LUCID
      KARINA PIA LUCID, ESQ., LLC
      PO BOX 230
      3640 VALLEY ROAD, SUITE 2A
      LIBERTY CORNER, NJ  07938

### RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/23/2019 | $720.00 | 6271934000 | 12/16/2019 | $720.00 | 26304245730 |
| 12/16/2019 | $720.00 | 26304245741 | 01/08/2020 | $720.00 | 6466381000 |

**Total Receipts: $2,880.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,880.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 149.76 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | NEW RESIDENTIAL MORTGAGE LLC | MORTGAGE ARRE | 40,655.51 | 100.00% | 0.00 | 0.00 |
| 0003 | JPMCB CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | TOYOTA MOTOR CREDIT | UNSECURED | 5,513.47 | 0.00% | 0.00 | 0.00 |
| 0007 | UNITED GUARANTY RESIDENTIAL INSUI | SECURED | 87,590.41 | 100.00% | 0.00 | 0.00 |
| 0008 | TOYOTA MOTOR CREDIT | UNSECURED | 19,297.16 | 0.00% | 0.00 | 0.00 |

**Total Paid: $149.76**
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $2,880.00  -  Paid to Claims: $0.00  -  Admin Costs Paid: $149.76  =  Funds on Hand: $2,730.24

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.