Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28163−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Oscar Mejia
   207 Speedwell Avenue
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−5815

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 9/24/19 and a confirmation hearing on such Plan has been scheduled for 11/13/19.

The debtor filed a Modified Plan on 3/9/20 and a confirmation hearing on the Modified Plan is scheduled for 4/22/20 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: March 9, 2020
JAN: wdh

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 19-28163-SLM
Oscar Mejia                                                         Chapter 13
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 09, 2020
                              Form ID: 186             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db              +Oscar Mejia,    207 Speedwell Avenue,    Morristown, NJ 07960-8694
518587045        Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
518475155       +Fleischer Fleischer & Suglia,     Four Greentree Centre,    601 Route 73 North, Suite 305,
                  Marlton, NJ 08053-3475
518475157       +KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
518653928        New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826,
                  New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518653927        New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518475158        Toyota Motor Credit,    111 W 22nd St,    Oakbrook, IL 60521
518552007        Toyota Motor Credit Corporation,     c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
518475159       +United Guaranty Residential Insurance Co,    of North Carolina,    230 N. Elm Street/27401,
                  PO BOX 21567,    Greensboro, NC 27420-1567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2020 00:34:47      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2020 00:34:43      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518475154       +E-mail/Text: bankruptcy.bnc@ditech.com Mar 10 2020 00:34:14      Ditech Financial Llc,
                  345 Saint Peter St,    Saint Paul, MN 55102-1211
518475156        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 10 2020 00:29:16      Jpmcb Card,
                  Po Box 15369,    Wilmington, DE 19850
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518563590*       Toyota Motor Credit Corporation,     c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    New Residential Mortgage LLC
               ajennings@rasflaw.com
              Karina Pia Lucid    on behalf of Debtor Oscar  Mejia klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```