UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
New Residential Mortgage, LLC

In Re:

Oscar Mejia,

Debtor.

Case No.: ___19-28163-SLM___

Chapter: ___13___

Hearing Date: ___4/22/2020___

Judge: ___Meisel___

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below

has been:

☒ Settled          ☐ Withdrawn

Matter: _Secured Creditor's Objection to Confirmation (Docket # 34)_____

_____

Date: _4/17/2020_____                _/s/ Denise Carlon_____
                                              Signature

*rev.8/1/15*