KARINA PIA LUCID
KARINA PIA LUCID, ESQ., LLC
PO BOX 230
3640 VALLEY ROAD, SUITE 2A
LIBERTY CORNER, NJ  07938

Re:  OSCAR MEJIA
    207 SPEEDWELL AVENUE
    MORRISTOWN,  NJ  07960

Atty:  KARINA PIA LUCID
    KARINA PIA LUCID, ESQ., LLC
    PO BOX 230
    3640 VALLEY ROAD, SUITE 2A
    LIBERTY CORNER, NJ  07938

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 19-28163

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $48,235.00**

## RECEIPTS AS OF 01/15/2021 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/23/2019 | $720.00 | 6271934000 | 12/16/2019 | $720.00 | 26304245730 |
| 12/16/2019 | $720.00 | 26304245741 | 01/08/2020 | $720.00 | 6466381000 |
| 03/10/2020 | $896.00 | 26568435420 | 03/10/2020 | $896.00 | 26568435418 |
| 06/10/2020 | $815.00 | 26678859311 | 06/10/2020 | $815.00 | 26678859300 |
| 08/04/2020 | $815.00 | 26812650958 | 08/04/2020 | $815.00 | 26812650960 |
| 09/01/2020 | $815.00 | 26812667373 | 11/23/2020 | $815.00 | 27103176674 |
| 11/23/2020 | $815.00 | 27103176696 | 11/23/2020 | $815.00 | 27103176685 |

**Total Receipts: $11,192.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $11,192.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NEW RESIDENTIAL MORTGAGE LLC | | | | | | |
| | 05/18/2020 | $1,679.06 | 848,689 | 07/20/2020 | $1,507.76 | 852,141 |
| | 09/21/2020 | $2,261.64 | 855,806 | 12/21/2020 | $2,261.64 | 861,291 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 731.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | NEW RESIDENTIAL MORTGAGE LLC | MORTGAGE ARRE | 40,655.51 | 100.00% | 7,710.10 | |
| 0003 | JPMCB CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | TOYOTA MOTOR CREDIT | UNSECURED | 5,513.47 | * | 0.00 | |
| 0007 | UNITED GUARANTY RESIDENTIAL INSU | UNSECURED | 87,590.41 | * | 0.00 | |
| 0008 | TOYOTA MOTOR CREDIT | UNSECURED | 19,297.16 | * | 0.00 | |

**Total Paid:  $11,192.00**
See Summary

**Chapter 13 Case # 19-28163**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $11,192.00    -    Paid to Claims: $7,710.10    -    Admin Costs Paid: $3,481.90    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.