UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                                                                               CASE NO.: 19-28163-SLM
                                                                                                                                  CHAPTER 13

**Oscar Mejia,**
    **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 07004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 973-575-0707
By: /s/Shauna Deluca
Shauna Deluca
Email: sdeluca@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

OSCAR MEJIA
207 SPEEDWELL AVENUE
MORRISTOWN, NJ 07960

And via electronic mail to:

KARINA PIA LUCID
KARINA PIA LUCID, ESQ., LLC
1065 ROUTE 22 WEST
SUITE 2B
BRIDGEWATER, NJ 08807

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Victoria Ezeta
Victoria Ezeta
vezeta@raslg.com