UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Case No.: 19-28163

IN RE:

Adv. No.:

OSCAR MEJIA

Hearing Date:

Judge:  SLM

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 10/27/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
OSCAR MEJIA
207 SPEEDWELL AVENUE
MORRISTOWN, NJ  07960
Mode of Service:  Regular Mail

Attorney for Debtor(s):
KARINA PIA LUCID
KARINA PIA LUCID, ESQ., LLC
1065 ROUTE 22 WEST
SUITE 2B
BRIDGEWATER, NJ  08807
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  October 27, 2021

By:  /S/  Jessica Antoine
     Jessica Antoine