| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg, MAG-1284 |
| Marie-Ann Greenberg, Standing Trustee |
| 30 TWO BRIDGES ROAD |
| SUITE 330 |
| FAIRFIELD, NJ  07004-1550 |
| 973-227-2840 |
| Chapter 13 Standing Trustee |

Order Filed on December 9, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   OSCAR MEJIA

Case No.:  19-28163 SLM

Hearing Date:  12/8/2021

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 9, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  OSCAR MEJIA

Case No.:  19-28163

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/08/2021 on notice to KARINA PIA LUCID, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with Trustee payments by 12/15/21 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney.

United States Bankruptcy Court

District of New Jersey

In re:  
Oscar Mejia  
    Debtor

Case No. 19-28163-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Dec 09, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

**Recip ID**      **Recipient Name and Address**  
db      + Oscar Mejia, 207 Speedwell Avenue, Morristown, NJ 07960-8694

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:

**Name**      **Email Address**

Aleisha Candace Jennings  
     on behalf of Creditor New Residential Mortgage LLC ajennings@raslg.com

Denise E. Carlon  
     on behalf of Creditor New Residential Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Karina Pia Lucid  
     on behalf of Debtor Oscar Mejia klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com

Marie-Ann Greenberg  
     magecf@magtrustee.com

Rebecca Ann Solarz  
     on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

Shauna M Deluca  
     on behalf of Creditor NewRezLLC d/b/a Shellpoint Mortgage Servicing sdeluca@raslg.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 09, 2021 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7