| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>OSCAR MEJIA | Case No.: 19-28163<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  SLM |

### CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 04/20/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
OSCAR MEJIA
207 SPEEDWELL AVENUE
MORRISTOWN, NJ  07960
Mode of Service:  Regular Mail

Attorney for Debtor(s):
KARINA PIA LUCID
KARINA PIA LUCID, ESQ., LLC
1065 ROUTE 22 WEST
SUITE 2B
BRIDGEWATER, NJ  08807
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  April 20, 2022                                    By:   /S/  Jessica Antoine
                                                                              Jessica Antoine