Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28163−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Oscar Mejia
   207 Speedwell Avenue
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−5815

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/25/23 at 10:00 AM

to consider and act upon the following:

**75** − Creditor's Certification of Default (related document:46 Motion for Relief from Stay re: 48 Goodale Avenue, Dover, NJ 07801−3489. Fee Amount $ 188. filed by Creditor NewRezLLC d/b/a Shellpoint Mortgage Servicing) filed by Robert P. Saltzman on behalf of Barclays Mortgage Trust 2022−RPL1, Mortgage−Backed Securities, Series 2022−RPL1, by U.S. Bank National Association, as Indenture Trustee. Objection deadline is 10/11/2023. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert)

**76** − in Opposition to (related document:75 Creditor's Certification of Default (related document:46 Motion for Relief from Stay re: 48 Goodale Avenue, Dover, NJ 07801−3489. Fee Amount $ 188. filed by Creditor NewRezLLC d/b/a Shellpoint Mortgage Servicing) filed by Robert P. Saltzman on behalf of Barclays Mortgage Trust 2022−RPL1, Mortgage−Backed Securities, Series 2022−RPL1, by U.S. Bank National Association, as Indenture Trustee. Objection deadline is 10/11/2023. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert) filed by Creditor Barclays Mortgage Trust 2022−RPL1, Mortgage−Backed Securities, Series 2022−RPL1, by U.S. Bank National Association, as Indenture Trustee) filed by Karina Pia Lucid on behalf of Oscar Mejia. (Lucid, Karina)

Dated: 10/11/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court