UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KARINA PIA LUCID, ESQ. LLC
1065 Route 22 West, Suite 22
Bridgewater, New Jersey 08807
Tel: (908)350-7505
Fax: (908)350-4505
Email: Klucid@karinalucidlaw.com

Karina Pia Lucid., Esq. counsel for the debtor, Oscar Mejia

| | |
|---|---|
| In Re:<br><br>Oscar Mejia,<br>Debtor | Case No.:   19-28163<br><br>Judge:   SLM<br><br>Chapter:   13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by   Gregory Funding, LLC  ,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Our office requested payoff information on Friday October 6, 2023. Instructions for payment with terms was agreed upon earlier today, October 10, 2023, and we anticipate a consent order to be agreed upon prior to the hearing date on this matter.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10/11/2023                                          /s/ Oscar Mejia
                                                                          Debtor's Signature

Date: _____                              _____
                                                                          Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*