Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28163−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Oscar Mejia
  207 Speedwell Avenue
  Morristown, NJ 07960

Social Security No.:
  xxx−xx−5815

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/25/23 at 10:00 AM

to consider and act upon the following:

75 − Creditor's Certification of Default (related document:46 Motion for Relief from Stay re: 48 Goodale Avenue, Dover, NJ 07801−3489. Fee Amount $ 188. filed by Creditor NewRezLLC d/b/a Shellpoint Mortgage Servicing) filed by Robert P. Saltzman on behalf of Barclays Mortgage Trust 2022−RPL1, Mortgage−Backed Securities, Series 2022−RPL1, by U.S. Bank National Association, as Indenture Trustee. Objection deadline is 10/11/2023. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert)

76 − in Opposition to (related document:75 Creditor's Certification of Default (related document:46 Motion for Relief from Stay re: 48 Goodale Avenue, Dover, NJ 07801−3489. Fee Amount $ 188. filed by Creditor NewRezLLC d/b/a Shellpoint Mortgage Servicing) filed by Robert P. Saltzman on behalf of Barclays Mortgage Trust 2022−RPL1, Mortgage−Backed Securities, Series 2022−RPL1, by U.S. Bank National Association, as Indenture Trustee. Objection deadline is 10/11/2023. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert) filed by Creditor Barclays Mortgage Trust 2022−RPL1, Mortgage−Backed Securities, Series 2022−RPL1, by U.S. Bank National Association, as Indenture Trustee) filed by Karina Pia Lucid on behalf of Oscar Mejia. (Lucid, Karina)

Dated: 10/11/23

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-28163-SLM |
| Oscar Mejia | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 11, 2023 | Form ID: ntchrgbk | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Oscar Mejia, 207 Speedwell Avenue, Morristown, NJ 07960-8694 |
| cr | | Barclays Mortgage Trust 2022-RPL1, Mortgage-Backed, c/o Gregory Funding LLC, P.O. Box 230579, Tigard, OR 97281-0579 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2023            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor New Residential Mortgage LLC ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor New Residential Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor Oscar Mejia klucid@karinalucidlaw.com  15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert P. Saltzman | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 11, 2023 | Form ID: ntchrgbk | Total Noticed: 2

on behalf of Creditor Barclays Mortgage Trust 2022-RPL1 Mortgage-Backed Securities, Series 2022-RPL1, by U.S. Bank National Association, as Indenture Trustee dnj@pbslaw.org

Shauna M Deluca

on behalf of Creditor NewRezLLC d/b/a Shellpoint Mortgage Servicing sdeluca@hasbanilight.com hllawpc@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8