Lucid Law, Debt Relief Attorneys Proprietary And Confidential
**Lucid Law, Debt Relief Attorneys**
Time/Expense

| Filter | | Value | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Status | = | Unbilled | | | | | | | | | |
| Index# | T/E | Matter | Date | Timekeeper | Task/Exp | Task/Exp Code | Activity Code | Description | Tm/Qty | Rate/Price | Value Type | Status |
| 32541 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 12/09/2021 | Sandra Cruz | TC W/C | | | Telephone conference with client reminding must be current by 12/15 | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 32540 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 12/09/2021 | Sandra Cruz | Order | | | Docket Text: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE (related document:[52] Certification of Default of Standing Trustee filed by Trustee Marie-Ann Greenberg). | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 32352 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 12/03/2021 | Sandra Cruz | Email exchange with TT | | | Email exchange with case trustee re resolve. Current by 12/15 or dismiss on cert. Advised client | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 32314 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 12/02/2021 | Sandra Cruz | Email exchange with TT | | | Email exchange with client re making payments to become current | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 32313 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 12/02/2021 | Sandra Cruz | TC W/C | | | Telephone conference with client regarding amounts due for November and December. | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 31495 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 11/12/2021 | Sandra Cruz | TT Cert of Def | | | Docket Text: Notice of Hearing (related document:[54] in Opposition to (related document:[52] Certification of Default of Standing Trustee filed by Karina Pia Lucid on behalf of Oscar Mejia. | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 31341 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 11/10/2021 | Sandra Cruz | Email exchange w/c | | | Email exchange with client(s) re becoming current with TT | 00:06 | 275.00000 | 27.50 Billable | Unbilled |

| ID | Type | Matter | Date | Person | Task | Docket Text | Time | Rate | Amount | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 31340 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 11/10/2021 | Sandra Cruz | Filed | Docket Text: in Opposition to (related document:[52] Certification of Default of Standing Trustee. | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 30664 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 10/30/2021 | Sandra Cruz | Email exchange w/c | Email exchange with client(s) re copies of two payments for $815 each, saved copies in shared | 00:12 | 275.00000 | 55.00 Billable | Unbilled |
| 30532 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 10/27/2021 | Sandra Cruz | TC W/C | Telephone conference with client re TT COD. Will become current asap and send me copy | 00:12 | 275.00000 | 55.00 Billable | Unbilled |
| 30531 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 10/27/2021 | Sandra Cruz | TT COD | Docket Text: Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie-Ann Greenberg. | 00:12 | 275.00000 | 55.00 Billable | Unbilled |
| 26349 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 08/18/2021 | Sandra Cruz | Order | Docket Text: Order Resolving Motion For Relief From Stay (Related Doc # [46]). | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 26039 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 08/09/2021 | Sandra Cruz | Notice | Docket Text: Notice of Mortgage Payment Change. Re: Claim #: 4 with Certificate of Service.. (Vitartas, Mary) | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 25739 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 08/09/2021 | Sandra Cruz | Email exchange with TT | Email exchange with case trustee re TT MTD resolve terms | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 25736 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 08/09/2021 | Sandra Cruz | TC W/C | Telephone conference with client copies of TT payments she sent over the weekend. They were for old payments | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 25527 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 08/04/2021 | Sandra Cruz | TC W/C | Telephone conference with client regarding July TT & mortgage payments | 00:06 | 275.00000 | 27.50 Billable | Unbilled |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 25526 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 08/04/2021 | Sandra Cruz | Email exchange with TT | Email exchange with case trustee re order resolving MFR having been sent to chambers. | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 25464 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 08/03/2021 | Sandra Cruz | Emailed client | Regarding date on mtg statement she sent. | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 25243 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 07/30/2021 | Sandra Cruz | Email Exchange w/op | Email exchange with opposing counsel Regarding status of CO approval and also sent her mtg statement to confirm balance due | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 25102 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 07/28/2021 | Sandra Cruz | TC W/C | Telephone conference with client regarding sheriff sale date she saw online and a mtg statement she received. | 00:12 | 275.00000 | 55.00 Billable | Unbilled |
| 25098 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 07/28/2021 | Meagan Hand | TC W/C | Telephone Call w/Client following up on Mortgage Payments | 00:06 | 85.00000 | 8.50 Billable | Unbilled |
| 24825 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 07/26/2021 | Sandra Cruz | New TT MTD Hrg Date | Docket Text: Determination of Adjournment Request. Request Granted. Hearing will be adjourned to 8/11/2021 at 10:00AM. | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 24818 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 07/26/2021 | Sandra Cruz | Req Adj TT MTD | Still waiting for CO from atty Deluca on the MVS from New Rez | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 24357 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 07/19/2021 | Sandra Cruz | Emailed client | Asking her to confirm she paid July mtg? | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 24356 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 07/19/2021 | Sandra Cruz | Emailed adversary | Shauna asking for status of CO resolving her MFR | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 23759 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 07/12/2021 | Sandra Cruz | New TT MTD Hrg | Jessica will adj Trustee's motion to 7/28 pending entry of the order resolving MFR with mtg co | 00:06 | 275.00000 | 27.50 Billable | Unbilled |

| ID | T | Matter | Date | User | Activity | Description | Time | Rate | Amount | Status | Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23707 | T | 0098-002-Mejia, Oscar-Bankruptcy - Ch 13- Post Confirmation | 07/09/2021 | Sandra Cruz | MVS (mtg) resolved | OTBS to keep current. July payment due | 00:06 | 275.00000 | 27.50 | Billable | Unbilled |
| 23702 | T | 0098-002-Mejia, Oscar-Bankruptcy - Ch 13- Post Confirmation | 07/09/2021 | Sandra Cruz | Emailed TT | Emailed Jessica Antoine at TT office update on becoming current andI nticipate MVS will be resolved shortly and CO entered | 00:06 | 275.00000 | 27.50 | Billable | Unbilled |
| 23700 | T | 0098-002-Mejia, Oscar-Bankruptcy - Ch 13- Post Confirmation | 07/09/2021 | Sandra Cruz | Email Exchange w/op | Email exchange with opposing counsel Atty Shauna attached obj and copy of certified check for $13,041.57. | 00:06 | 275.00000 | 27.50 | Billable | Unbilled |
| 23696 | T | 0098-002-Mejia, Oscar-Bankruptcy - Ch 13- Post Confirmation | 07/09/2021 | Sandra Cruz | Filed Obj | Docket Text: Objection to (related document:[46] Motion for Relief from Stay re: 48 Goodale Avenue, Dover, NJ 07801-3489. | 00:06 | 275.00000 | 27.50 | Billable | Unbilled |
| 23695 | T | 0098-002-Mejia, Oscar-Bankruptcy - Ch 13- Post Confirmation | 07/09/2021 | Sandra Cruz | Draft | Drafted Obj to MVS (mtg). Emailed to client | 00:12 | 275.00000 | 55.00 | Billable | Unbilled |
| 22318 | T | 0098-002-Mejia, Oscar-Bankruptcy - Ch 13- Post Confirmation | 06/16/2021 | Sandra Cruz | Email exchange w/c | Client sent copy of a Certified check for 13,047.57. | 00:06 | 275.00000 | 27.50 | Billable | Unbilled |
| 21908 | T | 0098-002-Mejia, Oscar-Bankruptcy - Ch 13- Post Confirmation | 06/11/2021 | Sandra Cruz | Email exchange w/c | Re mtg payments. Will send me copies of m/o | 00:06 | 275.00000 | 27.50 | Billable | Unbilled |
| 21906 | T | 0098-002-Mejia, Oscar-Bankruptcy - Ch 13- Post Confirmation | 06/11/2021 | Rachel Cardoso | Communications | Client called and again re mtg payments | 00:12 | 85.00000 | 17.00 | Billable | Unbilled |
| 21622 | T | 0098-002-Mejia, Oscar-Bankruptcy - Ch 13- Post Confirmation | 06/08/2021 | Sandra Cruz | MVS Review | Due for 12/1/21-6/1/21 . Called client to discuss | 00:12 | 275.00000 | 55.00 | Billable | Unbilled |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 21619 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 06/08/2021 | Sandra Cruz | MVS (mtg) | Docket Text: Motion for Relief from Stay re: 48 Goodale Avenue, Dover, NJ 07801-3489. Fee Amount $ 188. Filed by Shauna M Deluca on behalf of NewRezLLC d/b/a Shellpoint Mortgage Servicing. Hearing scheduled for 7/14/2021 at 10:00 AM at SLM - | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 21552 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 06/08/2021 | Sandra Cruz | TT MTD | Docket Text: Trustee's Motion to Dismiss Case or Direct Employer to Pay Trustee or for Entry of an Order for Default Clause. Filed by Marie-Ann Greenberg on behalf of Marie-Ann Greenberg. Hearing scheduled for 7/14/2021 at 10:00 AM at SLM | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 21551 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 06/08/2021 | Sandra Cruz | Reviewed TT MTD | Emailed client and called her. | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 18655 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 04/19/2021 | Sandra Cruz | NOA | Docket Text: Notice of Appearance and Request for Service of Notice filed by Shauna M Deluca on behalf of NewRezLLC d/b/a Shellpoint Mortgage Servicing. (Deluca, Shauna) | 00:06 | 275.00000 | 27.50 Billable | Unbilled |
| 10718 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 09/03/2020 | Jacqueline Bishop | TC W/C | Telephone conference with client re issues with mortgage company got resolved | 00:12 | 140.00000 | 28.00 Billable | Unbilled |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10532 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 09/01/2020 | Jacqueline Bishop | Phone Call | I reached out to the client no answer left VM. | 00:06 | 140.00000 | 14.00 Billable | Unbilled |
| 9638 | T | 0098-002-Mejia, Oscar- Bankruptcy - Ch 13- Post Confirmation | 08/04/2020 | Sandra Cruz | TC W/C | Telephone conference with client re new mtg company with questions. SC gave to Jess to follow up | 00:12 | 275.00000 | 55.00 Billable | Unbilled |