UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Karina Pia Lucid, Esq., LLC
1065 Route 22 West, Suite 2B
Bridgewater, NJ 08807
Tel: 908.350.7505
Email: admin@karinalucidlaw.com
*Counsel to the Debtor(s)*

Order Filed on December 20, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Oscar Mejia,

Debtor.

Case No.:   19-28163

Chapter:    13

Judge:   Stacey L Meisel

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 20, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Karina Pia Lucid, Esq. LLC_____, the applicant, is allowed a fee of $ _3,578.50_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_3,578.50_____ . The allowance is payable:

    X_ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $__1,125.00__ per month for __9_ months to allow for payment of the above fee.

*rev.8/1/15*