| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Aleisha C. Jennings, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: ajennings@hillwallack.com<br>*Attorneys for Shellpoint Mortgage Servicing as servicer for U.S. Bank Trust Company, National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2022-RPL1, Mortgage-Backed Securities, Series 2022-RPL1* |

| In Re: | Case No.: 19-28163-SLM |
|---|---|
| Oscar Mejia | Chapter: 13 |
| Debtor(s). | Judge: Stacey L. Meisel |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Shellpoint Mortgage Servicing as servicer for U.S. Bank Trust Company, National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2022-RPL1, Mortgage-Backed Securities, Series 2022-RPL1. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

  ADDRESS:
    Hill Wallack LLP
    21 Roszel Road, P.O. Box 5226
    Princeton, NJ 08543

  DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

By:/s/ Aleisha C. Jennings

Dated: July 12, 2024

*new.8/1/15*

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1(b)** <br><br> **HILL WALLACK LLP** <br> Aleisha C. Jennings, Esq. <br> 21 Roszel Road <br> P.O. Box 5226 <br> Princeton, NJ 08543 <br> Phone: 609-924-0808 <br> Email: ajennings@hillwallack.com <br> *Attorneys for Shellpoint Mortgage Servicing as servicer for U.S. Bank Trust Company, National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2022-RPL1, Mortgage-Backed Securities, Series 2022-RPL1* |

| | |
|---|---|
| In Re: <br><br> Oscar Mejia <br><br> Debtor(s). | Case No.: 19-28163-SLM <br><br> Chapter: 13 <br><br> Judge: Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, Michael Hartmann:

    ☐ represent _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On July 12, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Appearance***

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 12, 2024

*/s/ Michael Hartmann*
Michael Hartmann

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Oscar Mejia<br>207 Speedwell Avenue<br>Morristown, NJ 07960 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Karina Pia Lucid<br>1065 Route 22 West<br>Suite 2b<br>Bridgewater, NJ 08807 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd, Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.