| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ 07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | **Case No.: 19-28163** |
| IN RE:<br><br>OSCAR MEJIA | **Adv. No.:**<br><br>**Hearing Date: 12/11/2024**<br><br>**Judge: SLM** |

**CERTIFICATION OF SERVICE**

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 11/07/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
OSCAR MEJIA
207 SPEEDWELL AVENUE
MORRISTOWN, NJ 07960
Mode of Service: Regular Mail

Attorney for Debtor(s):
KARINA PIA LUCID
KARINA PIA LUCID, ESQ., LLC
1065 ROUTE 22 WEST
SUITE 2B
BRIDGEWATER, NJ 08807
Mode of Service: ECF and/or Regular Mail

Dated: November 07, 2024

By: /S/ Sheila Alvarado
Sheila Alvarado