| |
|---|
| UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |

IN RE:

OSCAR MEJIA,

Case No.:  19-28163 SLM

**Debtor**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

   Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $15.00, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:   OSCAR MEJIA - Debtor's Refund
                                       207 SPEEDWELL AVENUE
                                       MORRISTOWN, NJ  07960

Amount:   $15.00

Trustee Claim Number:   0

Reason:   Not Cashing

By:  /S/  Marie-Ann Greenberg

Dated:  April 14, 2025                              MARIE-ANN GREENBERG
                                                                                         CHAPTER 13 STANDING TRUSTEE