**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Oscar Mejia** | Social Security number or ITIN   xxx–xx–5815 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:  **19–28163–SLM** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Oscar Mejia

4/29/25

**By the court:** <u>Stacey L. Meisel</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                **Chapter 13 Discharge**                page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                            Case No. 19-28163-SLM

Oscar Mejia                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                                    Page 1 of 3

Date Rcvd: Apr 29, 2025                          Form ID: 3180W                                         Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Oscar Mejia, 207 Speedwell Avenue, Morristown, NJ 07960-8694 |
| cr | | Barclays Mortgage Trust 2022-RPL1, Mortgage-Backed, c/o Gregory Funding LLC, P.O. Box 230579, Tigard, OR 97281-0579 |
| cr | + | Shellpoint Mortgage Servicing as servicer for U.S., Hill Wallack LLP, 21 Roszel Rd, Princeton, NJ 08540-6669 |
| cr | + | U.S. Bank Trust Company, National Association, as, 21 Roszel Rd, Princeton, NJ 08543, UNITED STATES 08540-6669 |
| 519789770 | | Barclays Mortgage Trust 2022-RPL1, c/o, Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 519789771 | + | Barclays Mortgage Trust 2022-RPL1, c/o, Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 Barclays Mortgage Trust 2022-RPL 90074-2334 |
| 518587045 | | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 518475154 | + | Ditech Financial Llc, 345 Saint Peter St, Saint Paul, MN 55102-1211 |
| 518475155 | + | Fleischer Fleischer & Suglia, Four Greentree Centre, 601 Route 73 North, Suite 305, Marlton, NJ 08053-3475 |
| 518475157 | + | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 520484756 | + | United Guaranty Residential Ins Co of NC, Lockbox 744245 6000 Feldwood Rd., College Park, GA 30349-3652 |
| 518475159 | + | United Guaranty Residential Insurance Co, of North Carolina, 230 N. Elm Street/27401, PO BOX 21567, Greensboro, NC 27420-1567 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 29 2025 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 29 2025 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 29 2025 21:14:00 | NewRezLLC d/b/a Shellpoint Mortgage Servicing, 130 Clinton Rd #202, 130 Clinton Rd #202, Fairfield,, NJ 07004-2927 |
| 518475156 | + | EDI: JPMORGANCHASE | Apr 30 2025 01:00:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 518653928 | | Email/Text: mtgbk@shellpointmtg.com | Apr 29 2025 21:14:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518653927 | | Email/Text: mtgbk@shellpointmtg.com | Apr 29 2025 21:14:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518475158 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 29 2025 21:15:00 | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 518552007 | | Email/PDF: bncnotices@becket-lee.com | Apr 29 2025 21:32:06 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520314952 | ^ | MEBN | Apr 29 2025 21:18:38 | U.S. Bank Trust Company, National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520314953 | ^ | MEBN | | |

Apr 29 2025 21:18:38    U.S. Bank Trust Company, National Association,
c/o Shellpoint Mortgage Servicing, P.O. Box
10826, Greenville, SC 29603-0675, U.S. Bank
Trust Company, National Associ, c/o Shellpoint
Mortgage Servicing 29603-0826

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520620036 | *+ | Oscar Mejia, 207 Speedwell Avenue, Morristown, NJ 07960-8694 |
| 518563590 | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2025                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor New Residential Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor U.S. Bank Trust Company  National Association, as Indenture Trustee on behalf of and with respect to Barclays MortgageTrust 2022-RPL1, Mortgage-Backed Securities, Series 2022-RPL1 eholdren@hillwallack.com, hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| Karina Pia Lucid | on behalf of Debtor Oscar Mejia 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Barclays Mortgage Trust 2022-RPL1  Mortgage-Backed Securities, Series 2022-RPL1, by U.S. Bank National Association, as Indenture Trustee dnj@pbslaw.org |
| Shauna M Deluca | on behalf of Creditor NewRezLLC d/b/a Shellpoint Mortgage Servicing sdeluca@hasbanilight.com  hllawpc@gmail.com |
| Sherri R. Dicks | on behalf of Creditor New Residential Mortgage LLC sdicks@raslg.com  shrdlaw@hotmail.com |
| Sherri R. Dicks | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for U.S. Bank Trust Company  National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2022-RPL1, Mortgage-Backed Se sdicks@raslg.com, shrdlaw@hotmail.com |
| U.S. Trustee | |

District/off: 0312-2                      User: admin                               Page 3 of 3
Date Rcvd: Apr 29, 2025                   Form ID: 3180W                            Total Noticed: 22

                          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10